**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00584-CV**

————————————

## IN RE LLOYD IGBOKWE AND CHANTRELLE IGBOKWE, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### CORRECTED MEMORANDUM OPINION

Relators Lloyd Igbokwe and Chantrelle Igbokwe filed a motion for rehearing complaining that this Court's opinion of August 14, 2025 contained an error in footnote 1 regarding the underlying trial court case. We deny the motion for rehearing. On its own motion, the Court withdraws the opinion of August 14, 2025 and issues this one in its place.[1]

---

[1] Because we are denying the motion for rehearing, but issuing a revised opinion on our own motion, we dismiss as moot the motion for en banc rehearing. *See In re*

Relators filed a petition for writ of mandamus, asking this Court to compel the judge of the 268th District Court of Fort Bend to rule on relators' emergency motion for temporary restraining order, filed on July 30, 2025, to order immediate release of the audio recording from the July 9, 2025 hearing, to stay foreclosure of relators' homestead currently scheduled for foreclosure on August 5, 2025, and to address ongoing due process violations and evidence of judicial bias. Relators have filed a separate motion for stay of the foreclosure.[2]

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

*CVR Energy, Inc.*, 500 S.W.3d 67, 70 n.2 (Tex. App.—Houston [1st Dist.] 2016, orig. proceeding).

[2] The underlying case is *Lloyd Igbokwe and Chantrelle Igbokwe v. Texas Dow Employees Credit Union*, cause number 25-DCV-330925, pending in the 268th District Court of Fort Bend County, Texas, the Honorable Brady G. Elliott presiding.